28 A.3d 867

Troy G. JOSEPH, Appellant

v.

PA. DEPARTMENT OF PROBATION AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

Aug. 12, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this day of August, 2011, the appeal is **DISMISSED** due to Appellant's failure to file a brief. The Application for Summary Relief/Application for Stay is **DISMISSED AS MOOT.**

28 A.3d 867

John J. DOUGHERTY, Appellant

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF GENERAL SERVICES, Appellee

Farfield Company, Intervenor.

Supreme Court of Pennsylvania.

Aug. 25, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 25th day of August, 2011, the notice of appeal is hereby QUASHED.

Chief Justice CASTILLE did not participate in the consideration or decision of this matter.